FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT        2003 DEC -4  P 4: 45

| | | |
|---|---|---|
| OSCAR ORTIZ | : | PRISONER<br>CIVIL NO. 3:02CV1994 (GLG)(WIG) |
| v. | : | |
| WARDEN PETER MURPHY, ET AL. | : | DECEMBER 3, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants respectfully move for summary judgment in their favor for the reason that there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law. The undisputed material facts show the following:

1. To the extent that this action may be deemed to include a claim for money damages against the defendants in their official capacity, any such claim is barred by the Eleventh Amendment to the United States Constitution.

2. The complaint does not allege any personal involvement on the part of defendants John Armstrong and Peter Murphy.

3. The defendants did not violate any constitutional rights of the plaintiff.

4. Alternatively, the defendants are entitled to qualified immunity in that their conduct did not violate any clearly established constitutional rights.

In support of this motion, the defendants have filed herewith:

(a)  Affidavit of Peter Murphy;

(b)  Affidavit of Janine Russell, R.N., with attached exhibits A and B;

(c)  Affidavit of James McKenna, M.D., with attached exhibits A and B;

(d)  Local Rule 56(a)1 Statement; and

(e)  A Memorandum of Law.

DEFENDANTS
Warden Peter Murphy, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Summary Judgment was sent by first class mail, postage prepaid, this 3rd day of December, 2003, to:

Oscar Ortiz, No. 212768
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

*[signature]*
Richard T. Couture
Assistant Attorney General

2