FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -4 P 4: 45

| | | |
|---|---|---|
| OSCAR ORTIZ | : | PRISONER<br>CIVIL NO. 3:02CV1994 (GLG)(WIG) |
| v. | : | |
| WARDEN PETER MURPHY, ET AL. | : | DECEMBER 3, 2003 |

**AFFIDAVIT OF JANINE RUSSELL, R.N., IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Janine Russell, R.N., being first duly sworn, deposes and says:

1. I am a Registered Nurse employed by the University of Connecticut Health Center's Correctional Managed Health Care Program.

2. I am assigned to the Hartford Correctional Center ("HCC").

3. At approximately 7:00 p.m. on Friday, September 14, 2001, I saw Mr. Oscar Ortiz in the medical unit at HCC.

4. At that time, Mr. Ortiz reported that he had hit his right hand on a food cart. Upon examining his hand, I noted some slight swelling at the base of his right small finger. Mr. Ortiz had good range of motion in his right hand and no bruising was noted. He did complain of mild pain.

5. In accordance with standard protocol for such injuries, I gave Mr. Ortiz some Motrin for pain and some ice to put on the area to reduce the swelling. I also placed Mr. Ortiz on the list for the next M.D. Sick Call which would be conducted on Monday morning, September 17, 2001.

6. Mr. Ortiz did not present with any serious medical emergency requiring immediate transfer to an outside hospital. I knew that Mr. Ortiz would be evaluated by the facility physician on Monday, September 17, 2001, who would then decide upon the need for any x-ray or further evaluation and treatment.

7. My evaluation and treatment of Mr. Ortiz on September 14, 2001 is documented in my chart entry and medical incident report attached hereto as exhibits A and B.

8. To the best of my knowledge, I have had no further contact with Mr. Ortiz since the evening of September 14, 2001.

9. A review of Mr. Ortiz's medical records reflect that while he was seen by medical staff at HCC from time to time after September 14, 2001 for various health issues, he was not seen by me.

I, Janine Russell, R.N., do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Janine Russell, R.N.

Subscribed and sworn to, before me, this 1st day of DECEMBER, 2003.

_____
Richard T. Couture
Commissioner of the Superior Court

DEFENDANTS
Warden Peter Murphy, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Janine Russell, R.N., with attachments, was sent by first class mail, postage prepaid, this 3rd day of December, 2003, to:

Oscar Ortiz, No. 212768
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

*[signature]*
Richard T. Couture
Assistant Attorney General

3

# EXHIBIT A

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212768 | 11-16-53 |

INMATE NAME (LAST, FIRST, INITIAL): Ortiz, Oscar

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M | H | HCC |

| DATE/TIME | |
|---|---|
| 9/14/01 | Seen for ESC. States he hit his (R) hand on the food cart. Base of R sm digit swollen ⊖ ROM. c/o mild pain. Motrin 600mg × 1 dose given. MD sick call for f/u — J. Thur |
| 9/17/01 10:15 am | S - c/o pain over the dorsum of the rt. 5th metacarpal — 3 days duration. See MD of 9/19/01. O - There is swelling + tenderness over the distal rt. 5th metacarpal. A - Probable fracture rt. 5th metacarpal P - Gutter splint — McKenna — Dr. James McKenna, M.D. |
| 9/19/01 | Pt. no show for s/c today — McKenna — Dr. James McKenna, M.D. |
| 9/28/01 9:35 am | Got splint wet. Reinforced — McKenna — Dr. James McKenna, M.D. |
| 10/22/01 11:50 am | Pt. was scheduled to be seen 3 weeks ago but did not show up. Says he was never called. Took splint off today. Has friction blister on 4th finger which I cleaned + dressed. — McKenna |
| 10/29/01 | Friction blister healed. — McKenna — Dr. James McKenna, M.D. |

# EXHIBIT B

# Medical Incident Report
## Connecticut Department of Correction

Rev.

| | |
|---|---|
| Facility/CSO: Hartford C.C. | Report date: 9-14-01 |
| Inmate name: Ortiz Oscar | Time: 6:58 a.m. |
| Staff name: | ID no. 212768 |
| Incident report submitted: ☒ Yes ☐ No   Number: | Date: |
| Treatment location: Medical | |

**Injury description (must be completed if no other report):** Base of right small digit swollen at base.

**Diagnosis:** Alt in skin integrity. Alt in comfort.

**Treatment administered:** Assessment, ice, Motrin

Dr. James McKenna, M.D.

**Required follow-up:** MD sick call

**Placement after treatment:** C3-28

**Observations/remarks:** States he "bumped" his right hand against the food cart this PM. Base of right small digit swollen. ⊕ ROM. Complained of mild pain. Motrin 400mg x1 dose given. Placed on MD list for F/U. Ice to swelling.

Patient signature: _____ Date: _____
Medical staff signature: _____ Date: _____
Custody supervisor signature: _____ Date: _____