FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -4  P 4: 45

| | | |
|---|---|---|
| OSCAR ORTIZ | : | PRISONER<br>CIVIL NO. 3:02CV1994 (GLG)(WIG) |
| v. | : | |
| WARDEN PETER MURPHY, ET AL. | : | DECEMBER 3, 2003 |

### AFFIDAVIT OF PETER MURPHY IN SUPPORT
### OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Peter Murphy, being first duly sworn, deposes and says:

1. I was the Warden at the Hartford Correctional Center ("HCC") during the period February 14, 2000 through June 30, 2002.

2. I am not personally familiar with Mr. Oscar Ortiz nor did I receive any communication from him regarding any medical issues during the time that I was the warden at HCC.

3. If I had been contacted by Mr. Ortiz regarding any concerns he had about treatment for an injury to his right little finger, I would have contacted the HCC medical staff to insure that he was being seen and evaluated by them. I would not have attempted to second-guess the diagnostic and treatment decisions of medical staff.

I, Peter Murphy, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Peter Murphy

Subscribed and sworn to, before me, this 2d of DECEMBER, 2003.

_____
Richard T. Couture
Commissioner of the Superior Court

DEFENDANTS
Warden Peter Murphy, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Affidavit of Peter Murphy was sent by first-class mail, postage prepaid, this 3rd day of December, 2003, to:

Oscar Ortiz, No. 212768
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT  06071

_____
Richard T. Couture
Assistant Attorney General