United States District Court FILED

District of Connecticut

2003 DEC 10 P 4:00

Oscar Ortiz                    Civil No: 3:02CV1994(616)(WIG)

v.

Warden Brian Murphy, et Al.    December 4, 2003

Motion for extension on time to response to oppose Summary Judgement Motion:

To the Clerk of this Court and All parties of Record:

Please enter my request as extension of 90 days for the above-captioned case.

Oscar Ortiz
Plaintiff
OCI
P.O. Box 100
Simers, CT. 06071

I have a request to this court for a motion of extension on time for to response to oppose summary judgement motion, because, I have a lack of time of library access to gain informations pertain my case captioned at United States District Court, District of Connecticut, 915 Lafayette Blvd, Bridgeport, CT. 06604, that cannot permitted me to assist at this time to response correctly my arguments basis on the letter from the Office of the Attorney General, Mac Kenzie Hall, 110 Sherman St., Hartford, CT. 06105-2294 on 4th day of November 2003.

This institution were I stated do not facilitate me with the time neccessary that I will need of one hour every two days where only I get probably 45 minutes sometimes or less, and most all the time I do not receive it for any reasons that come-up at this institution at time. At this moment I've in an unit of drugs program that do not allowed me of properly access of library every week.

Oscar Ortiz
Plaintiff

# ORTIZ      212768      J2-98

I could not verify that you had any deadline for submitting a motion or a response to Federal Court. If you have any proof of such a deadline, please tell me what it is.

Darrell Harrison
Librarian
July 22, 2003

*Received back on 7-28-03*

Copy to: Warden D. Strange



## Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** Ortiz, O

**Inmate no.** 212768

**Facility** Osborn

**Housing unit** J2-98

**Date** 7-16-03

**Request** Warden Strange, I wroted severely times to Mr. Harrison to get an additional library time in order to conduct proper litigation and gain access to the Court without any result. I Requested to Major Rose, and I would like if can be possible available that you authorize it, ASAP. I have two cases pendings.

(continue on back if necessary)

Sincerely,

**Previous Action Taken**

1 - On sept '02, Requested to Mr. Harrison
2 - On may 03,     "      "  Major Rose
3 - On june, 03,   "      "  Mr. Harrison
4 - On july 03,    "      "   "     "
5 - On july 03, Request it to you.
CC file: Mr. Harrison, Major Rose, Warden Strange.

(continue on back if necessary)

**Submitted to**

**Date**

**Acted on by**

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Ortiz
**Inmate no.:** 212768
**Facility:** Osborn
**Housing unit:** JD-98
**Date:** 7-14-03

**Request:** Mr. Harrison, on September, 2002, I wrote you, and I spoke with you regarding this pws that wasn't available at that time. Then, that case finished on Feb. 5, 2003. And now I got a case open on state court in Bridgeport and I.N.S. at Hartford about four years and I need additional library time in order to conduct proper litigation and gain access to the court.

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Submitted to:**
**Acted on by:**
**Date:**
**Action Taken and/or Response:**

(continue on back if necessary)

**Response to Inmate Date:**
**Staff Member Signature:**

Ortiz             212768                J2-98

On your Application for a Legal Pass you did not indicate whether you had a court appearance scheduled or whether your had an appeal which had to be filed by a certain time (this can be a motion). Please answer the following questions and return this paper to the librarian.

I have an appeal (or ~~motion~~) which must be filed by a certain time   Circle one: **Yes**   No
The deadline for this is: (give date) _July 10, 03_

I have a court appearance scheduled
Circle one: Yes   No
The date of the appearance is: (give date) _I Don't have Any idea, when!_

Darrell Harrison
July 9, 2003



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Ortiz, O.

**Inmate no.:** 212768

**Facility:** Osborn

**Housing unit:** J2-98

**Date:** 6-7-03

**Request:** Major Rose, I put on 11-17-02 of a grievance against c/o Hart without any response, yet! and I wonder what's going-on with the access of Inmate of legal research (extra) with case pending, I haven't get any time extra of research of two cases: one's that I finished on Feb 5,03 and the other on 5-7-03, were I requested prior of dispose it.

Sincerely,

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to** _____ **Date** _____

**Acted on by** _____

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**