United States District Court

District of Connecticut                2003 DEC 18  P 12: 54

Oscar Ortiz                          Civil No. 3:02cv1994 (GIG)(WIG)

V

Warden Brian Murphy, ET AL           Dec 8, 2003

A Motion for evidence to be produce

"Picture"

I Had been incarcerated at this time and I am not able to show you in person my Disfigured of my finger in my right hand, If you can order one from the Department of Correction to take a "picture" of my hand and submitted to the attorney General for further reviews by the Court. If you can see that in these facilities the Department of Corrections taken pictures from Inmates all the time for any evidences or purposes pertaining to possible suits, and other proceedings. Before my entry Summary Judgment.

Respectfully submitted with your consideration on my behalf,

_____
Oscar Ortiz
plaintiff

OCI
P.O. Box 100
Somers, CT. 06071

Certification

I Hereby Certify that a copy of the foregoing was mailed to the following:

Richard T. Couture
Assistant Attorney General
110 Sherman St.
Hartford, CT. 06105-2294
Federal Bar # CT. 05480

_____

Oscar Ortiz
Plaintiff

OCI
P.O. Box 100
Somers, CT 06071