UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSCAR ORTIZ | : | PRISONER<br>CIVIL NO. 3:02CV1994 (GLG)(WIG) |
| v. | : | |
| WARDEN PETER MURPHY, ET AL. | : | DECEMBER 23, 2003 |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EVIDENCE TO BE PRODUCED

**I.    INTRODUCTION**

The plaintiff, who was an inmate at the Osborn Correctional Institution ("OCI"), filed a civil rights complaint alleging inadequate medical care following the fracture of a bone at the base of his right little finger. On December 3, 2003, the defendants filed a Motion for Summary Judgment with accompanying affidavits, Local Rule 56(a)1 Statement and Memorandum of Law. On December 8, 2003, the plaintiff filed a motion for evidence wherein he sought an order requiring the Department of Correction to take a picture of his right hand and submit it to the Court.

**II.    ARGUMENT**

The plaintiff finished serving his Connecticut sentence on July 14, 2000, as reflected in the Department of Correction Movement Sheet (RT 60) attached hereto as Exhibit A. On July 14, 2000, the Department of Correction ("DOC") was instructed by the Immigration and Naturalization Service of the United States Department of Justice ("INS") to hold the plaintiff pending deportation proceedings. See attached Exhibit B. On December 11, 2003, the DOC was instructed by the U.S. Department of Homeland Security, Bureau of Immigration and Customs

Enforcement ("ICE"), to discharge the plaintiff to their custody. See attached Exhibit C. The plaintiff was discharged from DOC to the custody of ICE authorities on December 11, 2003. See attached Exhibits A and C. It is the defendants' understanding that the plaintiff has been deported to the Dominican Republic.

Since the plaintiff is no longer in the custody of the DOC and is believed to be now residing in the Dominican Republic, it is not possible for DOC officials to take any pictures of the plaintiff's right hand. Neither the defendants nor undersigned counsel have received any notification from the plaintiff as to a change of address.

## III. CONCLUSION

For all of the foregoing reasons, the plaintiff's motion for the production of evidence in the form of a picture of his right hand should be denied.

> DEFENDANTS
> Warden Peter Murphy, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Richard T. Couture
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT 06105
> Federal Bar #ct05480
> E-Mail: richard.couture@po.state.ct.us
> Tel.: (860) 808-5450
> Fax: (860) 808-5591

## **CERTIFICATION**

In view of the plaintiff's recent deportation and the absence of any forwarding address, service upon the plaintiff is being made by filing a copy of this pleading with the Clerk, United States District Court, 915 Lafayette Boulevard, Bridgeport, CT 06604, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure.

_____
Richard T. Couture
Assistant Attorney General

# EXHIBIT A

```
MOVEMENTS    NUMBER:  212108      NAME: ORTIZ, JOSE    ID:          PAGE    1
FILE: OSBORN CCI                  MED FILE:
                                  DATE       SEQ  LOCATION            JUR  STA
DISCHARGE TO IMMIGRATION          12/11/2003 1    900 DISCHARGE       900  X
TRANSFER AMONG DOC LOCATIONS       7/18/2002 1    115 OSBORN CCI      5IM  X
DISG & HOLD FOR IMM AUTH           7/14/2000 1    121 HARTFORD CCC    5IM  X
TRANSFER AMONG DOC LOCATIONS       7/13/2000 1    121 HARTFORD CCC    121  L
TRANSFER AMONG DOC LOCATIONS       7/27/1999 1    115 OSBORN CCI      115  L
SENTENCED BY COURT                 7/15/1999 1    115 OSBORN CCI      115  L
READMISSION W/ SENTENCE LT 1 YEAR  7/08/1999 1    121 HARTFORD CCC    121  L
DISCHARGE TO IMMIGRATION           2/23/1999 1    900 DISCHARGE       900  X
DISG & HOLD FOR IMM AUTH          10/23/1998 1    121 HARTFORD CCC    5IM  X
READMISSION W/ SENTENCE LT 1 YEAR  9/24/1998 1    121 HARTFORD CCC    121  L
UNSENTENCED DISCHARGE ON BOND      6/29/1998 1    940 DCHG TO BOND    940  U
READMISSION, CONTINUED             6/24/1998 1    121 HARTFORD CCC    121  U
DISCHARGED, DID NOT RETURN FROM COURT 3/05/1998 1 900 DISCHARGE       900  U
TRANSFER AMONG DOC LOCATIONS      11/24/1997 1    115 OSBORN CCI      115  U
SENTENCE EXPIRED, HOLD ON CT CHARGES 10/31/1997 1 121 HARTFORD CCC    121  U
RETURN FROM PAROLE WITH CHARGES   10/14/1997 1    121 HARTFORD CCC    121  G
TRANSFER OF SUPERVISION AMONG OFFICERS 7/23/1997 1 4HJ PO1-SPARKS     4P1  G

Z851  12/15/2003     CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00212768                    ENTER FOR NEXT PAGE
```

# EXHIBIT B

## ORDER TO DETAIN OR RELEASE ALIEN

| TO: (NAME and TITLE of Person in Charge of Facility) | | |
|---|---|---|
| WARDEN | | |

**(Name of Facility)**
HCCC   ATTN: RECORDS

| Please ☒ Detain ☐ Release | Date 7/14/00 | Time |
|---|---|---|

| Name of Alien | File Number |
|---|---|
| ORITZ, Oscar | A30 123 923 |

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| 47 | 11/16/53 | M | DR | |

| Nature of Proceedings | Signature of Officer Receiving Alien |
|---|---|
| REMOVAL | |

**REMARKS:**
INITIAL BOOKING. HOLD FOR INS.

DO NOT RELEASE OR TRANSFER.

CT# 212768

| Signature of Officer Authorizing Action | Title | Office |
|---|---|---|
| RANDALL HENDERSON  *Nadine Rousseau* | SDEO/LT | HAR/DDP |

Form I-203 (Rev. 7-15-78) Y

UNITED STATES DEPARTMENT OF JUSTICE - Immigration and Naturalization Service



[Stamp: 2000 JUN 14 P 2:38  HARTFORD CORP. CENTER  177 WESTON STREET  HARTFORD, CT 06120]

# EXHIBIT C

**CONNECTICUT DEPARTMENT OF CORRECTIONS - CENTRAL TRANSPORTATION UNIT** *Morning Transfers*

**TRANSPORTATION REQUEST FORM    DATE/DAY OF TRANSFER:** *12/11/03 Thursday*

US Dept. of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE)

| # OF INMATES | FACILITY | TO | LAST NAME | FIRST NAME | INMATE # | COMMENTS |
|---|---|---|---|---|---|---|
| 10 | OSB | ICE | RZASA | RYSZARD | 312213 | FINGERPRINTS |
|  | OSB | ICE | SIHANIA | MANDEEP | 314989 | COURT |
|  | OSB | ICE | SIMOENS | OMAR | 304853 | Final Discharge with ALL PROPERTY & MEDS |
|  | OSB | ICE | RODRIGUEZ | LEONIDAS | 247290 | Final Discharge with ALL PROPERTY & MEDS |
|  | OSB | ICE | SMITH | ERIC | 308598 | Final Discharge with ALL PROPERTY & MEDS |
|  | OSB | ICE | ALBINO | FERNANDO | 316204 | Final Discharge with ALL PROPERTY & MEDS |
|  | OSB | ICE | FERREIRA | MARCELO | 316203 | Final Discharge with ALL PROPERTY & MEDS |
|  | OSB | ICE | MANFLIN | MARCIO | 316207 | Final Discharge with ALL PROPERTY & MEDS |
|  | OSB | ICE | NEVES | GILBERTO | 316774 | Final Discharge with ALL PROPERTY & MEDS |
|  | OSB | ICE | ORTIZ | OSCAR | 212788 | Final Discharge with ALL PROPERTY & MEDS |
| 1 | YORK | ICE | KELLY | DENISE | 317040 | COURT |

**AUTHORIZED BY:    JAMES E. BROWN, JR    CHIEF OF DETENTION OPERATIONS    USDHS/ICE - HARTFORD**