

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 23 P 2: 40

OSCAR ORTIZ

                PRISONER

v.                        Case No.  3:02CV1994(GLG)(WIG)

WARDEN PETER MURPHY, ET AL.

ORDER OF REFERENCE

The parties to this action have consented to the exercise of jurisdiction by a United States Magistrate Judge. The plaintiff signed the attached consent form on December 4, 2003, counsel for the defendants signed the attached form on December 3, 2003.

It is hereby ordered that the case be referred to the Honorable William I. Garfinkel, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with the provisions of Title 28, United States Code, Section 636(c), Federal Rule of Civil Procedure 73 and the consent of the parties.

SO ORDERED this _14th_ day of _December_, 2003, at Waterbury, Connecticut.

                                          Gerard L. Goettel
                                       United States District Judge

UNITED STATES DISTRICT COURT

DEC 0 8 2003

DISTRICT OF CONNECTICUT

OSCAR ORTIZ  :  PRISONER
                                                     :  CASE NO.  3:02CV1994(GLG)(WIG)

V.  :

WARDEN PETER MURPHY, ET AL  :

:  DECEMBER 3, 2003

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_12-4-03_
Date

_____
Signature of Plaintiff(s)

_____
Printed/Typed Name

_12/3/03_
Date

_____
Signature of Defendant(s)
Richard T. Couture, Assistant Attorney General
110 Sherman Street, Hartford, CT 06105
Printed/Typed Name
ATTORNEY FOR DEFENDANTS

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

## CERTIFICATION

I hereby certify that a copy of the foregoing Consent to Jurisdiction by a United States Magistrate Judge was sent by first class mail, postage prepaid, this 3rd day of December, 2003, to:

Oscar Ortiz, No. 212768
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

Richard T. Couture
Assistant Attorney General