UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OSCAR ORTIZ

    v.                                                      PRISONER  
                                                         Case No.     3:02CV1994 (GLG) (WIG)

WARDEN MURPHY, et al.

RULING AND ORDER

The plaintiff seeks an extension of time to respond to the motion for summary judgment. The plaintiff's Motion [doc. #22] is GRANTED. The plaintiff shall file his response to the motion for summary judgment on or before February 4, 2004.

SO ORDERED in Bridgeport, Connecticut, this the 16th of January, 2004.

                                                                 */S/ William I Garfinkel*  
                                                                 William I. Garfinkel  
                                                                 United States Magistrate Judge