UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OSCAR ORTIZ
                                                PRISONER
    v.                                CIVIL 3:02cv1994 (WIG)

PETER MURPHY
JAMES MCKENNA
J. RUSS
JOHN J. ARMSTRONG

### J U D G M E N T

This cause came on for consideration of the <u>pro</u> <u>se</u> complaint and defendants' motion for summary judgment before the Honorable William I. Garfinkel, United States Magistrate Judge.

On January 20, 2004, the Court granted the plaintiff an extension of time until February 4, 2004, to respond to the motion for summary judgment. The plaintiff failed to respond to the motion for summary judgment. On March 31, 2004, the Court issued a Ruling and Order denying the motion for summary judgment as moot and dismissing the complaint pursuant to Rule 41(b), Fed. R. Civ. P. for plaintiff's failure to respond to orders and rules of the Court.

It is therefore **ORDERED** and **ADJUDGED** that the case is dismissed pursuant to Rule 41(b), Fed. R. Civ. P. and the matter closed, in accordance with the Court's Order.

Dated at Bridgeport, Connecticut this 2nd of April, 2004.

                                        KEVIN F. ROWE, Clerk

                                        By /s/ Cynthia Earle
                                              Cynthia Earle
                                              Deputy Clerk

Entry on Docket _____